# United States District Court
## Violation Notice

(Rev. 1/2020)

| Location Code | Violation Number | Officer Name (Print) | Officer No. |
|---|---|---|---|
| EC11 | E 1901485 | RODRIGUEZ | R8695 |

### YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

Date and Time of Offense (mm/dd/yyyy): 02/08/2024 0841
Offense Charged: ☐ CFR ☐ USC ☒ State Code
NCGS 20-138.1

Place of Offense: ROCK MERRITT AVE.

Offense Description: Factual Basis for Charge: IMPAIRED DRIVING

HAZMAT ☐

### DEFENDANT INFORMATION

| Last Name | First Name | M.I. |
|---|---|---|
| PREWITT | CHRISTOPHER | J |

| City | State | Zip Code |
|---|---|---|
| RAEFORD | NC | 28376 |

### APPEARANCE IS REQUIRED
A ☒ If Box A is checked, you must appear in court. See instructions.

MC

PAY THIS AMOUNT AT www.cvb.uscourts.gov →

### APPEARANCE IS OPTIONAL
B ☐ If Box B is checked, you must pay the total collateral due or in lieu of payment appear in court. See instructions.

$ _____ Forfeiture Amount
+ $30 Processing Fee
$ _____ Total Collateral Due

### YOUR COURT DATE
(If no court appearance date is shown, you will be notified of your appearance date by mail.)

| Court Address | Date |
|---|---|
| | Time |

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or in lieu of appearance pay the total collateral due.

X Defendant Signature

5:24-mj-01215-RN   Document 1   Filed 02/13/24   Page

Original - CVB Copy

*E1901485*

## STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on __02-08__, __24__ while exercising my duties as a law enforcement officer in the __Eastern__ District of __NC__

At 0849 hrs, 08 Feb 24, ACP Guard Ostrander while conducting Access Control Operations at ACP 3 (Rock Merritt Gate) Rock Merritt Ave., reported an unlicensed driver. S-1 Webb and 1-10 Goodwin responded to the gate and upon approach of Prewitt's vehicle detected an odor of alcohol emitting from Prewitt's person. 5-3 Rodriguez responded and upon approach of Prewitt's vehicle, 5-3 detected an odor of alcohol emitting from Prewitt's person. Standardized Field Sobriety Tests were conducted, which warranted further action. A check through DCI revealed Prewitt did not have insurance for the vehicle and did not have a valid driver's license. Prewitt then resisted arrest by clenching his arms together in an attempt to avoid being placed in hand irons. Prewitt was subsequently apprehended, transported to the Fort Liberty Law Enforcement Center, administered an Intox EC/IR II test, resulting in .12% AC. Prewitt was issued four citations with his mandatory court appearance at 0800 hrs, 21 Feb 24. DNA was submitted, Kit#. Prewitt was also issued a one-year Suspension of Post Driving Privileges Memorandum, further processed and was released on his own recognizance on a DD FM 2708. Prewitt's vehicle was inventoried on DD FM 2506 and subsequently towed by MWR towing. No video evidence available due to no cameras in the vehicles. Report was reviewed and further processed by Desk Sergeant Cavazos. This is a final report.

The foregoing statement is based upon:

[x] my personal observation  [x] my personal investigation
[ ] information supplied to me from my fellow officer's observation
[ ] other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: __02-08-24__ _____
Date (mm/dd/yyyy)       Officer's Signature

Probable cause has been stated for the issuance of a warrant.

Executed on: _____
Date (mm/dd/yyyy)       U.S. Magistrate Judge

**HAZMAT** = Hazardous material involved in incident; **PASS** = 9 or more passenger vehicle;